27 F.3d 558
 Rosenberry (Norman F., Betty Jane, Franklin E.)
v.
Farm Credit Bank of Baltimore, Successor by Merger of
Federal Land Bank of Baltimore, York Farm Credit, ACA,
Heindel (Edward M.), Ruth (Timothy P.), Esq. McGinnis (J.
Ross), Esq., Wollyung (Robert), Unnamed John Does,
Rosenberry (Norman F., Betty Jane)
 NO. 93-7739
 United States Court of Appeals,
Third Circuit.
 May 05, 1994
 
 1
 Appeal From: M.D.Pa.,
 
 
 2
 Rambo, C.J.
 
 
 3
 AFFIRMED.